UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22632-CIV-HUCK/O'SULLIVAN

TODD PAJONAS,
    Plaintiff,

v.

EDWARD H. OKUN,
    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion for Entry of Judgment for Attorneys' Fees, Costs and Expenses (DE # 34, 6/9/08). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the Plaintiff's Motion for Entry of Judgment for Attorneys' Fees, Costs and Expenses (DE # 34, 6/9/08) on or before August 4, 2008. The failure to file a response may result in a recommendation that the Plaintiff's Motion for Entry of Judgment for Attorneys' Fees, Costs and Expenses (DE # 34, 6/9/08) be granted in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 21st day of July, 2008.

                                            JOHN J. O'SULLIVAN
                                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All counsel of record