UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-22632-CIV-HUCK/O'SULLIVAN

TODD PAJONAS,

    Plaintiff,

vs.

EDWARD H. OKUN,

    Defendant.
_____/

### FINAL JUDGMENT FOR ATTORNEY'S FEES AND COSTS

THIS CAUSE comes before the Court on Plaintiff's Motion for Entry of Judgment for Attorney's Fees, Costs and Expenses filed on June 9, 2008 [D.E. #34]. Pursuant to this Court's Order Adopting Report and Recommendation, filed this day, Plaintiff's Motion is GRANTED. Accordingly, it is hereby

ORDERED that Plaintiff shall recover $7,716.03 in fees, costs and other expenses from the Defendant, for which let execution issue.

DONE in Chambers, Miami, Florida, September 7, 2008.

PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
Magistrate Judge O'Sullivan
All Counsel of Record